# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-2752

_____

PATRICK WHITE,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the Circuit Court for Alachua County.
Mark W. Moseley, Judge.

February 21, 2019


PER CURIAM.

   AFFIRMED.

ROWE, BILBREY, and KELSEY, JJ., concur.


_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____


Patrick White, pro se, Appellant.

Ashley B. Moody, Attorney General, Tallahassee, for Appellee.